| | |
|---|---|
| 1 | MICHAEL G. YODER (S.B. #83059) |
|   | IAN N. RAMAGE (S.B. #224881) |
| 2 | O'MELVENY & MYERS LLP |
|   | 610 Newport Center Drive, 17th Floor |
| 3 | Newport Beach, CA  92660-6429 |
|   | Telephone:   (949) 760-9600 |
| 4 | Facsimile:    (949) 823-6994 |
| 5 | Attorneys for Defendant |
|   | Quiksilver, Inc. |

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Richard W. Berger; Brant W. Berger; Berger Enterprises Inc., | Case No.  C05 02523 EMC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR QUIKSILVER, INC. TO RESPOND TO COMPLAINT** |
| v. | |
| ROSSIGNOL S.A.; SKIS ROSSIGNOL S.A.; QUICKSILVER, INC., | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Defendant Quiksilver, Inc. ("Quiksilver"), incorrectly named in the Complaint as Quicksilver, Inc., and Plaintiffs Richard W. Berger, Brant W. Berger and Berger Enterprises Inc. (collectively, "Berger") as follows:

WHEREAS, Berger filed its Complaint against Quiksilver on June 21, 2005, and served Quiksilver on July 7, 2005;

WHEREAS, Berger has agreed to grant Quiksilver an extension of time to move or plead in response to the Complaint;

WHEREAS, Quiksilver and Berger have agreed to a forty-one-day extension to move or plead in response to Berger's Complaint;

NOW THEREFORE, pursuant to Civil Local Rule 6-1, the parties hereby

STIPULATION AND [PROPOSED] ORDER
RE QUIKSILVER'S RESPONSE TO
COMPLAINT

1  stipulate as follows:
2         Defendant Quiksilver, Inc. shall answer or otherwise respond to Berger's
3  Complaint on or before September 6, 2005.
4         IT IS SO STIPULATED.
5     Dated: August 5, 2005

            IAN N. RAMAGE
            O'MELVENY & MYERS LLP

            By: s/Ian N. Ramage
                Ian N. Ramage
            Attorneys for Defendant
            Quiksilver, Inc.

    Dated: August _____, 2005

            DOUGLAS B. ALLEN
            BURNETT, BURNETT, & ALLEN


            By:
                Douglas B. Allen
            Attorneys for Plaintiffs
            Richard W. Berger; Brant W. Berger;
            Berger Enterprises Inc.

1 | stipulate as follows:

2 | Defendant Quiksilver, Inc. shall answer or otherwise respond to Berger's
3 | Complaint on or before September 6, 2005.

4 | IT IS SO STIPULATED.

5 | Dated: August _____, 2005

IAN N. RAMAGE
O'MELVENY & MYERS LLP

By:_____
   Ian N. Ramage
Attorneys for Defendant
Quiksilver, Inc.

Dated: August 4, 2005

DOUGLAS B. ALLEN
BURNETT, BURNETT, & ALLEN

By:_____
   Douglas B. Allen
Attorneys for Plaintiffs
Richard W. Berger; Brant W. Berger;
Berger Enterprises Inc.

STIPULATION AND [PROPOSED] ORDER
RE QUIKSILVER'S RESPONSE TO
COMPLAINT

2

1  **[PROPOSED] ORDER**

2        IT IS HEREBY ORDERED that Quiksilver respond to Plaintiffs' Complaint

3  on or before September 6, 2005.

4

5

6  Dated: <u>August 19</u>, 2005

7                                          Hon. Honorable Edward M. Chen
                                        United States District Judge
                                        Magistrate

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Edward M. Chen]*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
RE QUIKSILVER'S RESPONSE TO
COMPLAINT

3