EDWARD P. WALKER (*Pro Hac Vice*)
JOHN W. O'MEARA (*Pro Hac Vice*)
VU Q. BUI (*Pro Hac Vice*)
OLIFF & BERRIDGE, PLC
277 South Washington Street, Suite 500
Alexandria, VA 22314
Telephone: (703) 836-6400
Facsimile: (703) 836-2787
ewalker@oliff.com; jomeara@oliff.com; vbui@oliff.com

KENNETH L. NISSLY (CA Bar No. 77589)
SUSAN van KEULEN (CA Bar No. 136060)
THELEN REID & PRIEST LLP
225 West Santa Clara Street, Suite 1200
San Jose, CA 95113-1723
Telephone: (408) 292-5800
Facsimile: (408) 287-8040
knissly@thelenreid.com; svankeulen@thelenreid.com

Attorneys for Defendant/Counterclaim Plaintiff
Rossignol Ski Company, Inc.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## (SAN FRANCISCO DIVISION)

| | |
|---|---|
| RICHARD W. BERGER and BRANT W. BERGER,<br><br>Plaintiffs,<br><br>v.<br><br>ROSSIGNOL SKI COMPANY, INC.,<br><br><br>Defendants. | Case No. 3:05-CV-02523-CRB<br><br>[PROPOSED] ORDER GRANTING PERMISSION TO BRING DEMONSTRATIVE EXHIBITS INTO COURTROOM<br><br>Date: April 14, 2006<br>Time: 10:00 am<br>Place: Courtroom 8, 19th Floor<br>Before: District Judge Charles R. Breyer |
| ROSSIGNOL SKI COMPANY, INC.,<br>         Counterclaim Plaintiff,<br>v.<br><br>RICHARD W. BERGER and<br>BRANT W. BERGER,<br>         Counterclaim Defendants: | |

It is hereby ordered that Defendant and Counterclaim Plaintiff Rossingol Ski Company, Inc. ("Rossignol") shall be permitted to bring the following items into the courtroom for the hearing on Rossignol's Motion for Summary Judgment of Unforceability (Due to Equitable Estoppel), Noninfringement and/or Invalidity, which is scheduled to be heard on Friday April 14, 2006, at 10:00 a.m.

1. Two (2) ski boots with bindings each mounted on a separate 12" by 12" board; and

2. One (1) ski binding approximately 12" in length.

**IT IS SO ORDERED:**

Dated: April _____ 2006

_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted:

THELEN REID & PRIEST, LLP

By: __/s/_____
KENNETH L. NISSLY (CA Bar No. 77589)
SUSAN van KEULEN (CA Bar No. 136060)
THELEN REID & PRIEST, LLP
225 West Santa Clara Street, Suite 1200
San Jose, CA  95113-1723
Telephone:  (408) 292-5800
Facsimile:  (408) 287-8040
Email:  kennissly@thelenreid.com;
        svankeulen@thelenreid.com

Attorneys for Defendant/Counterclaim Plaintiff
Rossignol Ski Company, Inc.