1  DOUGLAS B. ALLEN, SBN 99239
   BURNETT, BURNETT, & ALLEN
2  160 WEST SANTA CLARA STREET
   TWELFTH FLOOR
3  SAN JOSE, CALIFORNIA 95113                          **E-Filing**
   (408) 298-6540
4
   SEYFARTH SHAW LLP
5  JACK L. SLOBODIN (SBN 34203) jslobodin@seyfarth.com
   560 MISSION STREET, SUITE 3100
6  SAN FRANCISCO, CALIFORNIA 94105
   TELEPHONE: 415-397-2823
7  FACSIMILE: 415-397-8549

8  Attorneys for Plaintiff

9                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
10
   RICHARD W. BERGER; BRANT W. BERGER,        Case No. C05-02523 CRB
11
              Plaintiff,                       [PROPOSED] ORDER GRANTING PERMISSION TO
12                                             BRING DEMONSTRATIVE EXHIBITS INTO
   vs.                                         COURTROOM
13
   ROSSIGNOL SKI COMPANY, INCORPORATED,        TRIAL DATE: APRIL 14, 2006
14                                             TIME: 10:00 A.M.
              Defendants.                      LOCATION: COURTROOM 8
15  _____/  JUDGE: CHARLES R. BREYER

16  ROSSIGNOL SKI COMPANY, INC.,

17              COUNTERCLAIM PLAINTIFF

18  V.

19  RICHARD W. BERGER AND BRANT W. BERGER

20              COUNTERCLAIM DEFENDANTS
    _____/
21

22          It is hereby ordered that Plaintiff and Counterclaim Defendants Richard W. Berger and Brant

23  W. Berger shall be permitted to bring the following items into the courtroom for the hearing on

24  "Rossignol's Motion for Summary Judgment of Unforceabilty (Due to Equitable Estoppel),

25  Noninfringement and/or Invalidity", which is scheduled to be heard on Friday, April 14, 2006, at

26  10:00a.m.

27          1.      A laptop computer and a projector;

28

BURNETT, BURNETT
& ALLEN
160 W. Santa Clara St.
12ᵗʰ Floor
San Jose, CA 95113      [Proposed] Order Granting Permission to Bring Demonstrative Exhibits into Courtroom                    Page 1

1      2.    Demonstrative Evidence, specifically, one (1) snowboard boot and binding, and one

2   binding of the accused instrumentality.

3

4   IT IS SO ORDERED:

5

   DATED: _____

6           APR 1 3 2006           JUDGE OF THE SUPERIOR COURT

7

8                            Respectfully submitted:

9

10                       BURNETT, BURNETT, & ALLEN

11

12                       _____/s/_____

                              DOUGLAS B. ALLEN

13                       Attorney for

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BURNETT, BURNETT
& ALLEN
160 W. Santa Clara St.
12ᵗʰ Floor
San Jose, CA 95113

[Proposed] Order Granting Permission to Bring Demonstrative Exhibits into Courtroom                Page 2