**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD BERGER, et al., | No. C 05-02523 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| ROSSIGNOL SKI COMPANY, INC., | |
| Defendant. | |

Now pending before the Court is defendant's statement alleging that the Court does not have jurisdiction to hear plaintiffs' Rule 60(b) motion. All proceedings on plaintiffs' motion are STAYED. Plaintiffs shall file a response on or before June 12, 2006 that sets forth their position as to this Court's jurisdiction to hear their motion.

**IT IS SO ORDERED.**

Dated: June 2, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\2523\orderreresponse.wpd