United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD BERGER, et al., | No. C 05-02523 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| ROSSIGNOL SKI COMPANY, INC., | |
| Defendant. | |

Now pending before the Court is plaintiffs' response regarding the Court's jurisdiction to hear their Rule 60(b) motion to vacate. The Court cannot make a determination on the motion to vacate until it receives further briefing from parties. Accordingly, the parties shall meet and confer and submit a stipulation to the Court with a date for defendant's opposition and plaintiffs' reply. The Court will advise the parties if oral argument is necessary.

**IT IS SO ORDERED.**

Dated: June 16, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\2523\orderbriefing.wpd