1  EDWARD P. WALKER (*Pro Hac Vice*)
   JOHN W. O'MEARA (*Pro Hac Vice*)
2  VU Q. BUI (*Pro Hac Vice*)
   OLIFF & BERRIDGE, PLC
3  277 South Washington Street, Suite 500
   Alexandria, VA  22314
4  Telephone:  (703) 836-6400
5  Facsimile:  (703) 836-2787
   ewalker@oliff.com; jomeara@oliff.com; vbui@oliff.com
6
7  KENNETH L. NISSLY (CA Bar No. 77589)
   SUSAN van KEULEN (CA Bar No. 136060)
8  THELEN REID & PRIEST LLP
   225 West Santa Clara Street, Suite 1200
9  San Jose, CA  95113-1723
   Telephone:  (408) 292-5800
10 Facsimile:  (408) 287-8040
   kennissly@thelenreid.com; svankeulen@thelenreid.com
11
12 Attorneys for Defendant/Counterclaim Plaintiff
   Rossignol Ski Company, Inc.

13
## UNITED STATES DISTRICT COURT
14
## NORTHERN DISTRICT OF CALIFORNIA
### (SAN FRANCISCO DIVISION)
15

| | |
|---|---|
| 16  RICHARD W. BERGER and<br>BRANT W. BERGER, | **Case No. 3:05-CV-02523-CRB** |
| 17                 Plaintiffs, | [~~PROPOSED~~] ORDER |
| 18                 v. | District Judge Charles R. Breyer |
| 19  ROSSIGNOL SKI COMPANY, INC., | |
| 20                 Defendant. | |
| 21  ROSSIGNOL SKI COMPANY, INC., | |
| 22                 Counterclaim Plaintiff, | |
| 23                 v. | |
| 24  RICHARD W. BERGER and<br>BRANT W. BERGER, | |
| 25                 Counterclaim Defendants. | |

28

-1-

Upon consideration of Defendant/Counterclaim Plaintiff Rossignol Ski Company, Inc.'s Request For Clarification That The Court's July 16 Dismissal of Counterclaims As Moot Is "Without Prejudice", it is hereby ORDERED that:

1. Defendant Rossignol's request is granted; and
2. The July 16 dismissal of Rossignol's counterclaims as moot is "without prejudice."

July 25, 2006
Date



Charles R. Breyer
United States District Judge